IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NOEL KEITH WATKINS,

    Plaintiff,                                      No. CIV S-11-1386 CMK (TEMP) P

    vs.

KATHLEEN DICKINSON,

    Defendant.                                 <u>ORDER</u>

         Plaintiff is a state prisoner proceeding without counsel. On May 23, 2011, the court opened this case upon plaintiff's filing a motion for an extension of forty-five days "in which to prepare and file his case with the U.S. District Court Eastern District." Motion at 2 (Docket No. 1). Plaintiff states no facts or legal bases on which this court could construe his motion as a complaint for relief under any federal statute. Furthermore, the court cannot authorize an extension of time for a putative litigant to initiate an as-yet unfiled action. Because plaintiff states no basis on which he could obtain relief from this court, this action will be dismissed without prejudice.

/ / /

/ / /

1 | Accordingly, IT IS HEREBY ORDERED that this action is dismissed without
2 | prejudice, and this case is closed.

DATED: July 28, 2011

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

hm
watk1386.ord